IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHNATHAN HEATH BOWMAN

v.

NCO FINANCIAL SYSTEMS, INC.

NO. 11-CV-1381

FILED
MAY - 2 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE GOLDBERG, J.

AND NOW, to wit, this 2nd day of May, 2011, it is ORDERED that in accordance with the Acceptance of Offer and entry of Judgment filed by Plaintiff, Judgment is entered in favor of Plaintiff and against Defendant in the sum of $1,000.00, including reasonable attorney's fees and costs accrued.

BY THE COURT:

ATTEST:

*Richard Sabol* (signature)
Deputy Clerk

judg